```
                UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA
                        Norfolk Division
```

MAJED TALAT HAJBEH,

        Petitioner,

v.                                      ACTION NO. 2:05cv211

MARIE LOISELLE,
Field Office Director, Detention and
Removal Operations, Immigration and
Customs Enforcement, Department of
Homeland Security,

        Respondent.

<u>FINAL ORDER</u>

This matter was initiated by petition for a writ of habeas corpus under 28 U.S.C. § 2241.

The petition challenges the constitutionality of petitioner's detention pending the completion of his administrative removal proceedings under 8 U.S.C. § 1226(a).

The matter was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia for report and recommendation. Report of the Magistrate Judge was filed on November 14, 2005, recommending dismissal of the petition. By copy of the report, each party was advised of his right to file written objections to the findings and recommendations made by the Magistrate Judge. The Court has received no objections to the United States Magistrate

Judge's Report and Recommendation and the time for filing same has expired.

The Court does hereby accept the findings and recommendations set forth in the report of the United States Magistrate Judge filed November 14, 2005, and it is, therefore ORDERED that the petition be DENIED and DISMISSED as moot.

Petitioner may appeal from the judgment entered pursuant to this Final Order by filing a _written_ notice of appeal with the Clerk of this court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within 60 days from the date of entry of such judgment.

The Clerk shall mail a copy of this Final Order to counsel of record for the petitioner, to the petitioner, and to counsel of record for the respondent.

/s/ Jerome B. Friedman
UNITED STATES DISTRICT JUDGE

Norfolk, Virginia

December 15, 2005